IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, | No. C -12-04338 EDL |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING** |
| v. | |
| LEVIN ENTERPRISES, INC., | |
| Defendant. | |

On March 4, 2014, Plaintiff filed an objection to new evidence that was provided in Defendants' reply in support of Defendants' Motion for Attorney's Fees. Defendants shall file a response to Plaintiff's objections no later than March 11, 2014 at 9:00 a.m. Defendants' response shall be no longer than five pages. The March 11, 2014 hearing on Defendants' Motion for Attorney's Fees is vacated. The Court will then either decide the motion on the papers (with or without a sur-reply, which the Court will determine later) or re-schedule the hearing.

**IT IS SO ORDERED.**

Dated: March 5, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge