United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, | No. C -12-04338 EDL (LB) |
| Plaintiff, | **ORDER** |
| v. | |
| LEVIN ENTERPRISES, INC., | |
| Defendant. | |

The hearing on Plaintiff's Motion to Amend/Correct is continued to July 1, 2014 at 9:00 a.m. The schedule for motions for summary judgment is modified as follows. Plaintiff's and Defendant's cross dispositive motions shall be served and filed no later than June 24, 2014. Cross-oppositions to the motions shall be served and filed no later than July 15, 2014. By agreement of the parties, there will be no reply briefs. Dispositive motions shall be heard on August 19, 2014.

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge