**United States District Court**
For the Northern District of California

1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    SAN FRANCISCO BAYKEEPER,                    No. C -12-04338 EDL (LB)

9              Plaintiff,                        **ORDER**

10      v.

11   LEVIN ENTERPRISES, INC.,

12             Defendant.
     _____/

13

14         The hearing on Plaintiff's Motion to Amend/Correct is continued to October 14, 2014 at 9:00

15   a.m.  The schedule for motions for summary judgment is modified as follows.  Plaintiff's and

16   Defendant's cross dispositive motions shall be served and filed no later than October 14, 2014.

17   Cross-oppositions to the motions shall be served and filed no later than November 12, 2014.  By

18   agreement of the parties, there will be no reply briefs.  Dispositive motions shall be heard on

19   December 9, 2014.

20         **IT IS SO ORDERED.**

21
     Dated:  August 13, 2014
22                                              _____
                                                ELIZABETH D. LAPORTE
23                                              United States Magistrate Judge

24

25

26

27

28