Daniel Cooper (Bar No. 153576)
Caroline Koch (Bar No. 266068)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com
Email: caroline@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

*Additional Attorneys For Plaintiffs Listed On Next Page*

Lawrence Cirelli (Bar No. 114710)
Catherine Johnson (Bar No. 135070)
Sophia Belloli (Bar No. 238403)
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email: lcirelli@hansonbridgett.com
Email: cjohnson@hansonbridgett.com
Email: sbelloli@hansonbridgett.com

Attorneys for Defendants
LEVIN ENTERPRISES, INC. and LEVIN-RICHMOND TERMINAL CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEVIN ENTERPRISES, INC., a California corporation; LEVIN-RICHMOND TERMINAL CORPORATION, a California corporation,<br><br>Defendants. | Civil Case No.: 12-04338-EDL<br><br>**STIPULATION RE DISMISSAL;** ~~[PROPOSED]~~ **ORDER** |

STIPULATION RE DISMISSAL;  Civil Case No. C-12-04338-EDL
[PROPOSED] ORDER

1  George Torgun (Bar No. 222085)
2  Sejal Choksi-Chugh (Bar No. 222093)
   SAN FRANCISCO BAYKEEPER
3  785 Market Street, Suite 850
   San Francisco, California 94103
4  Telephone: (415) 856-0444
   Facsimile: (415) 856-0443
5  Email: george@baykeeper.org
   Email: sejal@baykeeper.org
6

7
   Attorneys for Plaintiff
8  SAN FRANCISCO BAYKEEPER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION RE DISMISSAL;                          Civil Case No. C-12-04338-EDL
   [PROPOSED] ORDER

**WHEREAS**, the Parties in the above-captioned action have reached a settlement whose specific terms are set forth in the Consent Decree that was approved and entered as an Order of the Court on October 2, 2014. *See* Dkt. Nos. 175, 176.

**WHEREAS**, pursuant to Section 1 of the Consent Decree, the Court shall retain jurisdiction over this Consent Decree for a period of four years from the date of entry of the Consent Decree, and thereafter until any disputes are resolved consistent with Section 20 (Dispute Resolution).

**WHEREAS**, pursuant to Section 39 of the Consent Decree, the Parties are required to stipulate to the dismissal of this action with prejudice within ten (10) days of entry of the Consent Decree by the Court.

**THEREFORE**, the Parties hereby stipulate and request that the Court dismiss the above-captioned action against Defendants with prejudice.

Dated: October 8, 2014

By:   /s/ George Torgun
George Torgun
Sejal Choksi-Chugh
Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

Dated: October 8, 2014

By:   /s/ Sophia Belloli
Lawrence Cirelli
Catherine Johnson
Sophia Belloli
Attorneys for Defendants
LEVIN ENTERPRISES, INC. and LEVIN-RICHMOND TERMINAL CORPORATION

STIPULATION RE DISMISSAL; [PROPOSED] ORDER    1    Civil Case No. C-12-04338-EDL

1 **[PROPOSED] ORDER**

2    **IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants in the above-

3 captioned action are hereby dismissed with prejudice.

4

5

6 Dated: October 9, 2014

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT COURT OF CALIFORNIA